AO 442 (Rev. 10/03) Warrant for Arrest

~~SEALED~~

FILED

MAR 1 8 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

Eric HERNANDEZ

**WARRANT FOR ARREST**

Case Number: **'16MJ0680**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Eric HERNANDEZ
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

DATE: 3/16/16
ARRESTED BY: HSI

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

Transportation of Illegal Aliens for Financial Gain

in violation of Title  8  United States Code, Section(s)  1324(a)(1)(A)(ii), (v)(II), and (a)(1)(B)(i)

Hon. David H. Bartick
Name of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

3/8/2016     San Diego, California
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |