# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 16MJ680-NLS |
| vs ) | ABSTRACT OF ORDER |
| Eric Hernandez ) | Booking No. 55640298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of April 12, 2016
the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

✓ _____ Defendant released on $ 20,000 P/s _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

**NITA L. STORMES**
UNITED STATES MAGISTRATE JUDGE

OR
JOHN MORRILL           Clerk
by J. Perrault         #7749
Deputy Clerk
G PERRAULT

Received _____
DUSM

Crim-9   (Rev. 8-11)                    ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY